UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO ROCK DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              CASE NO. 3:07CV00029 JMM

DONALD LARRY WRIGHT, ET AL.                                        DEFENDANTS

ORDER

The Clerk of the Court is directed to change the name of defendant Unico Bank, F.S.B. of Trumann, Arkansas to Unico Bank in the applicable and necessary portions of the docket sheet in the above styled case.

IT IS SO ORDERED this  6   day of August, 2007.

James M. Moody
United States District Judge