## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**UNITED STATES OF AMERICA**        **Plaintiff**

v.      No. 3:07CV00029 JMM/JTR

**DONALD LARRY WRIGHT and
CAROLYN SUE WRIGHT, his wife,
Individually and as Partners of Wright
Family Farms; UNICO BANK, F.S.B.
of TRUMANN, ARKANSAS; STATE
OF ARKANSAS, Department of
Finance and Administration, Tim
Leathers, Deputy Director and Revenue
Commissioner; and DEBORAH ANN
WRIGHT REDMANN**       **Defendants**

### ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on October 5, 2007. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Poinsett County, Arkansas, for four consecutive weeks, the last publication being on November 7, 2007, and that said sale was held at Harrisburg, Arkansas, on November 14, 2007, at 9:00 a.m., in conformity with the judgment of this Court. At such sale Donald L. Wright bid the sum of $26,001.00, and that being the highest and best bid offered, the property was then sold to Donald L. Wright.

IT IS, THEREFORE, ORDERED that the actions of the United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $26,001.00, less the expense items approved, shall be paid to the first

lienholder, UNICO BANK, in full satisfaction of its debt and next, to the United States of America, and U.S. Department of Agriculture, Farm Service Agency. The expense items reported by the United States Marshal in the amount of $59.55, and the U.S. Attorneys costs of $492.60 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The United States Marshal in the Eastern District of Arkansas is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal in the Eastern District of Arkansas, who shall proceed to place the purchaser in possession of the property.

DATED: 12/11/07

James M. Moody
UNITED STATES DISTRICT JUDGE