IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                          **Plaintiff**

v.                              No.  3:07CV00029 JMM/JTR

DONALD LARRY WRIGHT and
CAROLYN SUE WRIGHT, his wife,
Individually and as Partners of Wright
Family Farms; UNICO BANK, F.S.B.
of TRUMANN, ARKANSAS; STATE
OF ARKANSAS, Department of
Finance and Administration, Tim
Leathers, Deputy Director and Revenue
Commissioner; and DEBORAH ANN
WRIGHT REDMANN                                                    **Defendants**

### ORDER APPROVING MARSHAL'S DEED

On this day, Robert G. Howard, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to **Donald L. Wright, Sr.,** the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr., United States Marshal in the Eastern District of Arkansas, acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: 12/11/07

_____
UNITED STATES DISTRICT JUDGE

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 3:07CV00029 JMM/JTR pending in the United States District Court for the Eastern District of Arkansas, Jonesboro Division, wherein UNITED STATES OF AMERICA was plaintiff and DONALD LARRY WRIGHT and CAROLYN SUE WRIGHT, his wife, Individually and as Partners of Wright Family Farms; UNICO BANK; STATE OF ARKANSAS, Department of Finance & Administration, Tim Leathers, Deputy Director and Revenue Commissioner; DEBORAH WRIGHT REDMANN; and Kevin M. Brown, as Acting Commissioner of INTERNAL REVENUE SERVICE, were defendants, a judgment was entered on October 5, 2007, directing the foreclosure of a certain mortgage executed by Donald Larry Wright and Deborah Wright to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on November 14, 2007, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale **Donald L. Wright, Sr.** was the highest and best bidder, bidding for said property the sum of $26,001.00, the property then being struck off to **Donald L. Wright, Sr.**; and

WHEREAS, such sale was duly reported to the above Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, hereby grants, sells and conveys unto **Donald L. Wright, Sr.**, and his heirs and assigns forever, all of the right, title, interest, equity and estate of plaintiff, U.S. Department of Agriculture, Farm Service Agency, and all defendants to this action in and to the following property situated in Poinsett County, Arkansas, to wit:

**Lots 26, 27, and 28 in Block 1 of Bradford Addition to the Town of Weiner, Arkansas.**

TO HAVE AND TO HOLD the said property unto **Donald L. Wright, Sr.**, and his heirs and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 3RD day of December, 2007.

*[signed] Robert G. Howard Jr.*
Robert G. Howard, Jr.
United States Marshal
Eastern District of Arkansas

PREPARED BY:
FLETCHER JACKSON
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS    )
                                          )
COUNTY OF PULASKI   )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, who stated and acknowledged (according to § 16-47-207) to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 3rd day of December, 2007, set my hand and official seal as such Notary Public.

Kimberly K. Squires
Notary Public

My Commission Expires:
7-12-12

