IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                             Plaintiff

v.                                  No.  3:07CV00029 JMM/JTR

DONALD LARRY WRIGHT and
CAROLYN SUE WRIGHT, his wife,
Individually and as Partners of Wright
Family Farms; UNICO BANK, F.S.B.
of TRUMANN, ARKANSAS; STATE
OF ARKANSAS, Department of
Finance and Administration, Tim
Leathers, Deputy Director and Revenue
Commissioner; and DEBORAH ANN
WRIGHT REDMANN                                                       Defendants

## ORDER OF DISTRIBUTION

On November 14, 2007, at 9:00 a.m., at the front entrance of the Poinsett County Courthouse, Harrisburg, Arkansas, the U.S. Marshal offered for sale the lands described in the judgment entered on October 5, 2007. At such sale, Donald L. Wright was the highest and best bidder for the property, and the property was then sold to Donald L. Wright.

The U.S. Marshal received **$26,001.00** from Donald L. Wright for payment in full. In accordance with the terms of the judgment, it is hereby ORDERED that the U.S. Marshal transfer the funds as follows:

| | |
|---|---|
| $ 59.55 | U.S. MARSHAL |
| $ 492.60 | U.S. ATTORNEYS OFFICE |
| $ 22,015.10 | UNICO BANK<br>c/o Harry S. Hurst, Jr.<br>Mixon, Parker & Hurst, PLC<br>P.O. Box 1442<br>Jonesboro, AR 72403-1442 |

$ 3,433.84        **U.S. DEPT. OF AGRICULTURE, FARM SERVICE AGENCY**
                  3416 Federal Building
                  700 West Capitol
                  Little Rock, AR  72201

and notify Fletcher Jackson, Assistant United States Attorney, by sending copy of same.

DATED:  12/11/07

　　　　　　　　　　　　　　　　　　　　/s/ James M. Moody
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE